U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 25 2019

TONY R. MOORE, CLERK
BY: _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MIGUEL ANGEL LOPEZ,　　　　　CIVIL DOCKET NO. 1:18-CV-1501-P
Petitioner

VERSUS　　　　　　　　　　　　JUDGE DEE D. DRELL

ATTORNEY GENERAL,　　　　　　MAGISTRATE JUDGE PEREZ-MONTES
Respondent

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED for lack of subject matter jurisdiction, WITH PREJUDICE as to the jurisdictional issue and WITHOUT PREJUDICE as to the merits of Petitioner's claim.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 24th day of October, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE